**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PULICATION

Elvin Clemence Fontenot, Jr.
Attorney at Law
110 East Texas Street
Leesville LA 71446

**REHEARING ACTION: August 10, 2016**

**Docket Number: 16   00505-CW**

**ERICH ALWAST**
**VERSUS**
**JENNIFER LOERA**

**Writ Application from Vernon Parish Case No. 92066**

**BEFORE JUDGES:**

> **Hon. Jimmie C. Peters**
> **Hon. James T. Genovese**
> **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Erich Alwast** has this day been

> **DENIED.**

cc: David Cleveland Hesser, Counsel for the Applicant